JOHN J. GRACE and FRANK L. IRWIN, Copartners, *v.*
CARL S. SMITH, ADMINISTRATOR OF THE ES-
TATE OF ITO, Deceased.

ORIGINAL.

SUBMITTED MARCH 17, 1902.                    DECIDED APRIL 3, 1902.

FREAR, C.J., GALBRAITH AND PERRY, JJ.

Expenses of the last illness of a decedent are not entitled to priority
of payment over ordinary debts.

OPINION OF THE COURT BY FREAR, C.J.

The only question for determination on this submission on
agreed facts is whether the plaintiffs, physicians and surgeons,
are entitled to priority of payment for professional services
rendered the decedent during his last illness, that is, priority over
ordinary creditors.

We have no statute on the subject. In the absence of statute,
the expenses of the last illness have no priority. 2 Woerner, Ad-
ministration, Secs. 361, 364, 365; 8 Am. & Eng. Enc. of Law,
2nd Ed. 1037. In most of the states such expenses by statute
rank next after the expenses of administration, funeral expenses,
and debts to the United States, and before ordinary debts. This
seems to be just, but it is for the legislature, not the courts, to
so provide. Under the law we must hold that the plaintiffs' claim
should be paid *pro rata* with other ordinary claims, the estate of
the decedent being insufficient to pay them all in full.

Judgment accordingly.

Plaintiffs in person.

Defendant in person.